No








No. 04-00-00754-CR

 

Daniel VALDEZ

Appellant

 

v.

 

The State of TEXAS,

Appellee

 

From the 290th Judicial District Court, Bexar
County, Texas

Trial Court No. 1999-CR-1720B

Honorable Sharon MacRae,  Judge Presiding

 

Per Curiam

 

Sitting:  Tom Rickhoff,
Justice

Alma L. López, Justice

Catherine Stone, Justice

 

Delivered and Filed:      December
29, 2000

 

DISMISSED

 

The
appellant has filed a motion to dismiss this appeal.  The motion is granted, and the appeal is dismissed.  See Tex.
R. App. P. 42.2(a).

PER
CURIAM

DO NOT
PUBLISH